SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-09279-PJW<br><br>**ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES** |

    Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND DOLLARS ($7,000.00), subject to the terms of the Stipulation.

Under the terms of the Stipulation, payment may be delivered to Plaintiff's counsel. The pending petition for attorney's fees (Doc. No. 29) is denied as moot, in light of the stipulation.

Dated: June 2, 2017

HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE